UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN THOMAS NACKAB,           )
                              )
         Plaintiff,           )
                              )
v.                            )      **JUDGMENT**
                              )
EARL R. BUTLER, Sheriff; SGT. TIM    )   No. 5:14-CV-587-FL
BRITT, Supervisor; C.L. HAMILTON;    )
JOHN McRAINEY; ROY COOPER,    )
Attorney General; JOHN J. ALDRIDGE;  )
ED GRANNIS, District Attorney; DEBRA )
K. PRICE; W. DAVID SMITH; SHARON     )
R. SMITH, ADA; KARA HODGES, ADA;     )
SUE GENRICH BERRY; BETH RUPP,        )
Social Worker III; LELIA GOODE-      )
EATMON, Supervisor; ROSEMARY         )
ZIMBREMAN, Director; DR. LAURA       )
GUTMAN; and JAMES FLOYD              )
AMMONS, JR.                          )
                              )
         Defendants.          )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 17, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915A(b). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 17, 2015, and Copies To:**

John Thomas Nackab (via U.S. Mail) Pasquotank Correctional Institution
                    527 Commerce Drive, Elizabeth City, NC 27906

June 17, 2015            JULIE RICHARDS JOHNSTON, CLERK
                           /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk